AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| David Phillips, Joseph J. Azzata, Joseph T. Azzata, and other similarly situated individuals <br><br> *Plaintiff(s)* <br> v. <br> Prime Medical Supplies, Inc, a Florida Corporation, and, Louis Sitaras, individually. JLMS Holdings, LLC, a Florida Corporation, and Salvatore Lantieri <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 24-CV-80760 ROSENBERG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Salvatore Lantieri
600 N. Congress Avenue, Suite 130
Delray Beach, FL 33445

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 06/21/2024

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| David Phillips, Joseph J. Azzata, Joseph T. Azzata, and other similarly situated individuals | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 24-CV-80760 ROSENBERG |
| Prime Medical Supplies, Inc, a Florida Corporation, and, Louis Sitaras, individually. JLMS Holdings, LLC, a Florida Corporation, and Salvatore Lantieri | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  J L M S Holdings, LLC
c/o Registered Agent
Salvatore Lantieri
600 N. Congress Avenue, Suite 130
Delray Beach, FL 33445


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: _____06/21/2024_____

**SUMMONS**

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| David Phillips, Joseph J. Azzata, Joseph T. Azzata, and other similarly situated individuals <br><br> *Plaintiff(s)* <br><br> v. <br><br> Prime Medical Supplies, Inc, a Florida Corporation, and, Louis Sitaras, individually. JLMS Holdings, LLC, a Florida Corporation, and Salvatore Lantieri <br><br> *Defendant(s)* | Civil Action No. 24-CV-80760 ROSENBERG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Prime Medical Supplies, Inc.
c/o Registered Agent
Louis Sitaris
5481 Old Mystic Drive
Jupiter, FL 33458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: 06/21/2024

**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | ) |
|---|---|
| David Phillips, Joseph J. Azzata, Joseph T. Azzata, and other similarly situated individuals | ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 24-CV-80760 ROSENBERG |
| Prime Medical Supplies, Inc, a Florida Corporation, and, Louis Sitaras, individually. JLMS Holdings, LLC, a Florida Corporation, and Salvatore Lantieri | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Louis Sitaras
5481 Old Mystic Drive
Jupiter, FL 33458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts

Date:  06/21/2024