## RETURN OF SERVICE

State of Florida        County of SOUTHERN DISTRICT        UNITED STATES DISTRICT COURT Court

Case Number: 24-CV-80760 ROSENBERG

Plaintiff: **DAVID PHILLIPS, JOSEPH J. AZZATA, JOSEPH T. AZZATA, AND OTHER SIMILARLY SITUATED INDIVIDUALS**

vs.

Defendant: **PRIME MEDICAL SUPPLIES, INC, A FLORIDA CORPORATION, AND, LOUIS SITARAS, INDIVIDUALLY. JLMS HOLDINGS, LLC, A FLORIDA CORPORATION, AND SALVATORE LANTIERI**

For:
Steven Ehrlich
COLE SCOTT & KISSANE
Dadeland Centre II, Ste 1400
9150 South Dadeland Blvd
Miami, FL 33156

Received by Z Process Service, Inc on the 24th day of June, 2024 at 3:19 pm to be served on **J L M S HOLDINGS, LLC C/O REGISTERED AGENT SALVATORE LANTIERI, 600 N. CONGRESS AVENUE, SUITE 130, DELRAY BEACH, FL 33445**.

I, DOUGLAS NELSON (FTL), do hereby affirm that on the **16th day of July, 2024** at **7:30 pm, I:**

Served the within named **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, JURY DEMAND** with the date and hour of service endorsed thereon by me to SALVATORE LANTIERI as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Additional Information pertaining to this Service:**
6/28/2024  2:27 pm  Attempted service at 600 N. CONGRESS AVENUE SUITE 130, DELRAY BEACH, FL 33445 closed/locked
7/1/2024  10:53 am  Attempted service at 600 N. CONGRESS AVENUE SUITE 130, DELRAY BEACH, FL 33445 vacant visual. We have not been able to locate any alternate address(es) or contact numbers for this company/registered agent. As per secretary of state this is the company' listed principal address.
7/12/2024  11:10 am  Attempted at 5708 NW 56TH MANOR. No answer at the door, left new card. Will reattempt
7/16/2024  12:00 pm  Attempted service at 5708 NW 56TH MANOR, CORAL SPRINGS, FL 33067, no answer, spoke to subject via ringbell, and scheduled service for today after 7:00 pm, reattempting service. SERVED AT 5708 NW 56TH MANOR, CORAL SPRINGS, FL 33067

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server or an Appointed Process Server in good standing in the judicial circuit in which the process was served. Under Penalty of Perjury I declare that I have read the foregoing Return of Service and that the facts stated in it are true and correct.  Notary not required pursuant to F.S. 92.525.

**DOUGLAS NELSON (FTL)**
Process Server #773 (Broward)

Z Process Service, Inc
8750 NW 36th Street
Suite 670
Miami, FL 33178
(305) 463-0040

Our Job Serial Number: ZPS-2024017481

