UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-80760-XXXX

DAVID A. PHILLIPS, JOSPEPH J.
AZZATA, JOSEPH T. AZZATA, and
other similarly situated individuals,

       Plaintiff(s),

vs.

PRIME MEDICAL SUPPLIES, INC.,
a Florida Corporation, and,
LOUIS SITARAS, individually.
JLMS HOLDINGS, LLC, a Florida
Corporation, and SALVTORA LANTIERI,

## PLAINTIFFS' NOTICE OF COMPLIANCE WITH
## COURT ORDER- DOCKET ENTRY NO. 7

    COME NOW Plaintiffs, DAVID A. PHILLIPS, JOSPEPH J. AZZATA, JOSEPH T. AZZATA, and other similarly situated individuals by and through undersigned counsel, and hereby certify that on July 22, 2024, they served a copy of the Court's July 3rd, 2024, Order, Docket Entry No. 7 and copies of Plaintiffs' Statements of Claim, Docket Entry No's, 13, 14 and 15.

[Certificate of service on next page]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of July 2024, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Plaintiffs, DAVID A. PHILLIPS, JOSPEPH J. AZZATA, JOSEPH T. AZZATA, and other similarly situated individuals,*
> Cole, Scott & Kissane Building
> 9150 South Dadeland Boulevard, Suite 1400
> P.O. Box 569015
> Miami, Florida 33256
> Telephone (305) 350-5300
> Facsimile (305) 373-2294
> Primary e-mail: steven.ehrlich@csklegal.com
> Secondary e-mail: franklin.jara@csklegal.com
> Alternate e-mail:
> barbara.garcia@csklegal.com
> paola.valdes@cskelgal.com
>
> By:   *s/ Steven L. Ehrlich*
> STEVEN L. ERHLICH
> Florida Bar No: 91409
> FRANKLIN JARA
> Florida Bar No.: 636681