# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

DAVID PHILLIPS, et al.

    PLAINTIFF(S)

v.

LOUIS SITARAS, et al.,

    DEFENDANT(S).

CASE NUMBER
9:24−cv−80760−RLR

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Salvatore Lantieri**
**J L M S Holdings, LLC**

as of course, on the date August 9, 2024.

    **Angela E. Noble**
    CLERK OF COURT

    By  /s/ *Patricia Curtis*
    Deputy Clerk

cc:  Judge Robin L. Rosenberg
    David Phillips