UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-80760-XXXX

DAVID A. PHILLIPS, JOSEPH J.
AZZATA, JOSEPH T. AZZATA, and
other similarly situated individuals,

       Plaintiff(s),

vs.

PRIME MEDICAL SUPPLIES, INC.,
a Florida Corporation, and,
LOUIS SITARAS, individually.
JLMS HOLDINGS, LLC, a Florida
Corporation, and SALVTORE LANTIERI,

### PLAINTIFFS, DAVID A. PHILLIPS, JOSEPH J. AZZATA, JOSEPH T. AZZATA'S MOTION FOR ENTRY OF DEFAULT JUDGMENT UNDER FED. R. CIV. P. 55(b)(1) WITH INCORPORATED MEMORANDUM OF LAW IN SUPPORT

Plaintiffs, DAVID A. PHILLIPS, JOSEPH J. AZZATA, JOSEPH T. AZZATA (hereinafter "PLAINTIFFS") hereby request that the Court enter default judgment against Defendant, SAVALTORE LANTIERI ("LANTIERI") pursuant to Fed. R. Civ. P. 55(b)(1), and in support of its request, Plaintiffs aver the following:

1. Plaintiffs filed their Complaint against LANTIERI on June 14th, 2024. (See DE No. 1).

2. On July 16th, 2024, process server Douglas Nelson properly served LANTIERI by personally serving him with a copy of the Complaint, summons, and all other forms required by this Court. (See DE No. 12).

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), LANTIERI's answer or response to the Complaint was due on or before August 6th, 2024.

4. On August 9th, 2024, after LANTIERI failed to file an Answer or Responsive Pleading, Plaintiffs submitted their Request for Entry of Default pursuant to Fed. R. Civ. P. 55(a) requesting that the Clerk enter a default against LANTIERI. (See DE No. 17).

5. On August 9th, 2024, this Court entered Clerk's default against LANTIERI for failure to plead or otherwise defend as required by the Federal Rules of Civil Procedure. (See ECF No. 20).

6. On August 9th, 2024, Plaintiffs sent the Motion for Clerk's Default and Clerk's Default to the last known address for LANTIERI. (See Exhibit 1. Plaintiffs have received no response to this mailing.)

7. As of the filing of this Motion, LANTIERI has failed to plead, or otherwise defend itself in this litigation.

8. No counsel has contacted Plaintiffs purporting to represent LANTIERI

9. As a result of the default entered against LANTIERI, LANTIERI has admitted to a violation of FLSA provisions concerning prompt, regular payment of wages Plaintiffs. See generally Nishimatsu Constr. Co. v. Houston Nat'l Bank, 515 F.2d 1200, 1206 (5th Cir.1975) (by defaulting, a defendant "admits the plaintiff's well-pleaded allegations of fact, is concluded on those facts by the judgment, and is barred from contesting on appeal the facts thus established."); See also United States v. Clesen, No. 2:12- CV-408-FTM-38, 2013 WL 2712085, at *2 (M.D. Fla. June 12, 2013)

("[J]udgment is proper in this matter as Defendants have failed to respond to the Complaint in this matter after proper service and Plaintiff's Complaint contains well- pleaded allegations of fact, which are deemed admitted by the Defendants for failing to respond.").

10. LANTIERI is now liable to Plaintiffs for all unpaid wages and related charges.

11. Plaintiffs' claims against LANTIEIR is for a sum certain or a sum that, by computation, can be made certain. LANTIERI is liable to Plaintiffs in the amount of $205,206.26 for the aforementioned charges. (See Exhibit 2. Plaintiffs, DAVID A. PHILLIPS, JOSPEPH J. AZZATA, JOSEPH T. AZZATA's Affidavits.)

12. The amount of the judgment to be entered against LANTIERI, as averred in the Plaintiffs, DAVID A. PHILLIPS, JOSPEPH J. AZZATA, JOSEPH T. AZZATA Declarations, is just due and owing, and the costs sought to be taxed have been or will necessarily be incurred in the action.

WHEREFORE, Plaintiffs, DAVID A. PHILLIPS, JOSPEPH J. AZZATA, JOSEPH T. AZZATA respectfully requests the Court to enter a default judgment against defendant LANTIERI and in favor of DAVID A. PHILLIPS, JOSPEPH J. AZZATA, JOSEPH T. AZZATA pursuant to Rule 55(b)(1) in the amount of $205,206.26 plus attorney's fees and costs.

## **AFFIDAVIT**

We, Steven L. Ehrlich and Franklin A. Jara, do hereby certify that the statements and allegations set forth in the foregoing Motion are true and accurate to the best of our knowledge and belief.

Respectfully submitted,

> COLE, SCOTT & KISSANE, P.A.
> Counsel for Plaintiffs, DAVID A. PHILLIPS, JOSPEPH J. AZZATA, JOSEPH T. AZZATA, and other similarly situated individuals,
> Cole, Scott & Kissane Building
> 9150 South Dadeland Boulevard, Suite 1400
> P.O. Box 569015
> Miami, Florida 33256
> Telephone (305) 350-5300
> Facsimile (305) 373-2294
> Primary e-mail: steven.ehrlich@csklegal.com
> Secondary e-mail: franklin.jara@csklegal.com
> Alternate e-mail:    barbara.garcia@csklegal.com
> paola.valdes@cskelgal.com
>
>
> *s/ Steven L. Ehrlich*
> STEVEN L. ERHLICH
> Florida Bar No:  91409
> FRANKLIN A. JARA
> Florida Bar No.:  636681

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August, 2024, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Plaintiffs, DAVID A. PHILLIPS, JOSPEPH J. AZZATA, JOSEPH T. AZZATA, and other similarly situated individuals,*
> Cole, Scott & Kissane Building
> 9150 South Dadeland Boulevard, Suite 1400
> P.O. Box 569015
> Miami, Florida 33256
> Telephone (305) 350-5300
> Facsimile (305) 373-2294
> Primary e-mail: steven.ehrlich@csklegal.com
> Secondary e-mail: franklin.jara@csklegal.com
> Alternate e-mail: barbara.garcia@csklegal.com
> Alternate email: paola.valdes@cskelgal.com
>
> ***By: s/ Steven L. Ehrlich***
> STEVEN L. ERHLICH
> Florida Bar No: 91409
> FRANKLIN JARA
> Florida Bar No.: 636681