## AFFIDAVIT IN SUPPORT OF DEFAULT FINAL JUDGMENT

STATE OF FLORIDA            )
                            )
COUNTY OF MIAMI-DADE        )

BEFORE ME, the undersigned authority, personally appeared, David Phillips, who after being first duly sworn, deposes and said on personal knowledge that:

1. I, David Phillips, am over the age of 18 and of sound competent mind to execute this affidavit and make this affidavit on personal knowledge.

2. I am still due and owed my wages and damages as follows.

**Actual Damages** plus interest, representing the amount of unpaid wages on a bi-weekly basis as follows:

   a) $4,800.00 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid August 11, 2023.

   b) $4,800.00 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid August 25, 2023.

   c) $4,800.00 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid September 8, 2023.

   d) $2,800.00 of $4,800 are unpaid wages for 80 hours of work performed by Plaintiff for the two-week payroll period to be paid September 22, 2023.

   e) $4,800.00 late pay for 80 hours work performed by Plaintiff for the two-week payroll period to be paid November 3, 2023, Payment made November 10, 2023.

   f) 4,800.00 late pay for 80 hours work performed by Plaintiff for the two-week payroll period to be paid December 1, 2023, Payment made December 5, 2023.

   g) $4,800.00 late pay for 80 hours work performed by Plaintiff for the two-week payroll period to be paid December 15, 2023, Payment made December 20, 2023.

   h) $4,800.00 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid December 29, 2023.

  i) $4,800.00 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid January 12, 2024.

  j) $4,800.00 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid January 26, 2024.

I am still owed a total of $46,000.00 in unpaid wages.

**Liquidated Damages** The nature of wages and statutory damages owed are unpaid, and untimely paid statutory minimum wages, and corresponding liquidated damages representing an equal amount in double damages/liquidated damages of $48,800.00.

<u>TOTAL DAMAGES</u>: $94,800.00 in estimated damages plus reasonable attorney's fees and costs of suit.

4. I have retained the Law Office of Cole, Scott, & Kissane and am obligated to pay them reasonable attorneys' fees.

FURTHER AFFIANT SAYETH NOT

_____
David Phillips

STATE OF FLORIDA   )
             )
COUNTY OF PALM BEACH )

SWORN TO AND SUBSCRIBED that the foregoing instrument was acknowledged before me this 26 day of AUGUST, 2024, by David Phillips who is personally known to me or produced FL DRIVER LICENSE as identification.

_____
Notary Public, State at Large
My Commission Expires: 09/18/2026

PIERRE L. LEMENE
Notary Public - State of Florida
Commission # HH 305358
My Comm. Expires Sep 18, 2026

## AFFIDAVIT IN SUPPORT OF DEFAULT FINAL JUDGMENT

STATE OF FLORIDA            )
                            )
COUNTY OF MIAMI-DADE        )

BEFORE ME, the undersigned authority, personally appeared, Joseph J. Azzata, who after being first duly sworn, deposes and said on personal knowledge that:

1. I, Joseph J. Azzata, am over the age of 18 and of sound competent mind to execute this affidavit and make this affidavit on personal knowledge.

2. I am still due and owed my wages and damages as follows.

    **Actual Damages** plus interest, representing the amount of unpaid straight wages on a bi-weekly basis as follows:

    a) $3,173.06 late pay for 80 hours work performed by Plaintiff for the two-week payroll period to be paid July 28, 2023, Payment made August 2023.

    b) $3,173.06 late pay for 80 hours work performed by Plaintiff for the two-week payroll period to be paid August 11, 2023, Payment made November 2023.

    c) $3,173.06 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid August 25, 2023.

    d) $3,173.06 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid September 8, 2023.

    e) $3,173.06 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid September 22, 2023.

    f) $3,173.06 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid October 6, 2023.

    g) $3,173.06 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid October 20, 2023.

    h) $3,173.06 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid November 3, 2023.

i) $3,173.06 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid November 17, 2023.

j) $3,173.06 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid December 1, 2023.

k) $3,173.06 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid December 15, 2023.

l) $3,173.06 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid December 29, 2023.

m) $3,173.06 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid January 12, 2024.

n) $3,173.06 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid January 26, 2024.

o) $1,133.24 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid January 31, 2024.

I am still owed a total of $39,209.96 in unpaid wages.

**Liquidated Damages** The nature of wages and statutory damages owed are unpaid, and untimely paid statutory minimum wages, and corresponding liquidated damages representing an equal amount in double damages/liquidated damages of $45,556.08.

**TOTAL DAMAGES**: **$84,766.04 in estimated damages plus reasonable attorney's fees and costs of suit.**

4. I have retained the Law Office of Cole, Scott, & Kissane and am obligated to pay them reasonable attorneys' fees.

FURTHER AFFIANT SAYETH NOT

_____
Joseph J. Azzata

STATE OF FLORIDA   )
                   )

COUNTY OF Palm Beach          )

SWORN TO AND SUBSCRIBED that the foregoing instrument was acknowledged before me this 23 day of August, 2024, by Joseph J. Azzata who is personally known to me or produced Florida ID as identification.

_____
Notary Public, State at Large
My Commission Expires: 8/1/2028

> Notary Public State of Florida
> Michael Keys
> My Commission HH 578231
> Expires 8/1/2028

3

## AFFIDAVIT IN SUPPORT OF DEFAULT FINAL JUDGMENT

STATE OF FLORIDA        )
                        )
COUNTY OF MIAMI-DADE    )

BEFORE ME, the undersigned authority, personally appeared, Joseph T. Azzata, who after being first duly sworn, deposes and said on personal knowledge that:

1. I, Joseph T. Azzata, am over the age of 18 and of sound competent mind to execute this affidavit and make this affidavit on personal knowledge.

2. I am still due and owed my wages and damages as follows.

**Actual Damages** plus interest, representing the amount of unpaid straight wages on a bi-weekly basis as follows:

   a) $1,471.16 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid July 28, 2023.

   b) $1,471.16 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid August 11, 2023.

   c) $1,471.16 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid August 25, 2023.

   d) $1,471.16 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid September 8, 2023.

   e) $1,471.16 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid September 22, 2023.

   f) $1,471.16 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid October 6, 2023.

   g) $1,471.16 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid December 29, 2023.

   h) $1,471.16 for unpaid wages for 80 hours work performed by Plaintiff for the two-week payroll period to be paid January 12, 2024.

i) $1,050.83 for unpaid wages for 57.14 hours work performed by Plaintiff for the two-week payroll period to be paid January 22, 2024.

I am still owed a total of $12,820.11 in unpaid wages.

**Liquidated Damages** The nature of wages and statutory damages owed are unpaid, and untimely paid statutory minimum wages, and corresponding liquidated damages representing an equal amount in double damages/liquidated damages of $12,820.11.

**TOTAL DAMAGES:** $25,640.22 in estimated damages plus reasonable attorney's fees and costs of suit.

4. I have retained the Law Office of Cole, Scott, & Kissane and am obligated to pay them reasonable attorneys' fees.

FURTHER AFFIANT SAYETH NOT

_____
Joseph T. Azzata

STATE OF FLORIDA )
                 )
COUNTY OF Palm Beach )

SWORN TO AND SUBSCRIBED that the foregoing instrument was acknowledged before me this 23 day of August, 2024, by Joseph T. Azzata who is personally known to me or produced Florida ID as identification.

_____
Notary Public, State at Large
My Commission Expires: 8/1/2028

Notary Public State of Florida
Michael Keys
My Commission HH 578231
Expires 8/1/2028

2